UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 10561 Case No. ~~~

GRAHAM ARCHITECTURAL PRODUCTS CORP., MAGISTRATE JUDGE Bowler )
   Plaintiff, )
)
v. ) COMPLAINT
)
)
STEALTH WINDOWS OF MASSACHUSETTS, INC. and )
FIDELITY AND GUARANTY INSURANCE CO., ) RECEIPT #_____
   Defendants. ) AMOUNT $ 150
) SUMMONS ISSUED yes
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY CLK____ T.O.M
DATE 3/22/04

### INTRODUCTION

The Plaintiff Graham Architectural Products Corp. ("Graham") brings this Complaint seeking money damages for breach of contract and quantum meruit in connection with the failure of the Defendant Stealth Windows Of Massachusetts, Inc. ("Stealth") to perform in accordance with that certain written agreement between Graham and Stealth and in connection with the failure of the Defendant Fidelity And Guaranty Insurance Co. ("Fidelity") to perform in accordance with that certain labor and material payment bond issued by Fidelity on behalf of Stealth. In support thereof, Graham states as follows:

### JURISDICTION AND VENUE

Graham is a corporation incorporated under the laws of the Commonwealth of Pennsylvania and having its principal place of business in the Commonwealth of Pennsylvania. The Defendant Stealth is a Massachusetts corporation with a principal place of business at 11 Huntley Lane, Lincoln, Middlesex County, Massachusetts. The Defendant Fidelity is a surety company authorized to do business in Massachusetts with a place of business at 385 Washington Street, MC 514C, St. Paul, Minnesota. The matter

in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00. Venue is properly placed in this Court as the events giving rise to this claim occurred in this district and the Defendant Stealth is located herein.

## PARTIES

1. The Plaintiff Graham is a Pennsylvania business corporation with a principal place of business at 1551 Mount Rose Avenue, York, Pennsylvania.

2. The Defendant Stealth is a Massachusetts corporation with a principal place of business at 11 Huntley Lane, Lincoln, Middlesex County, Massachusetts.

3. The Defendant Fidelity is a surety company authorized to do business in Massachusetts with a place of business at 385 Washington Street, MC 514C, St. Paul, Minnesota.

## FACTS

4. Hodess Building Co., Inc. ("Hodess"), as general contractor, and the Town of Plainville ("Town"), as owner, entered into a public construction contract for the project known as the New Wood Elementary School in Plainville, Massachusetts ("Project").

5. Hodess, in furtherance of its contract with the Town, entered into a subcontract with Stealth ("Subcontract").

6. Stealth furnished Hodess with a labor and materials payment bond issued by Fidelity ("Fidelity Bond") guaranteeing payment of all Stealth's subcontractors and suppliers who furnished labor, materials and/or equipment used or employed in the Project.

7. In furtherance of its Subcontract with Hodess, Stealth entered into a contractual relationship ("Subcontract") with Graham wherein Graham furnished labor, materials and equipment used or employed in construction of the Project.

8. The Subcontract price was $119,000.00.

9. To the extent permitted, Graham has performed every condition of the Subcontract.

10. The sum of $87,712.33 remains due and owing to Graham for materials fabricated and supplied to the Project.

11. On December 1, 2003 and February 18, 2004, Graham made demand upon Stealth and Fidelity.

12. Despite demand, Stealth and Fidelity have failed and refused to pay.

13. All conditions precedent to the maintenance of this action have been performed.

### COUNT I – BREACH OF CONTRACT
### STEALTH/FIDELITY

14. Graham realleges the allegations contained in paragraphs 1 through 8 above as if fully set forth herein.

15. Graham furnished the requested labor, materials and equipment to Stealth which were used or employed in construction of the Project.

16. Stealth failed, without legal excuse, to pay for the labor, materials and equipment furnished by Graham.

17. Graham realleges the allegations contained in paragraphs 9 through 13 above as if fully set forth herein.

WHEREFORE Graham demands judgment against Stealth and Fidelity, jointly and severally, for $87,712.33 plus interest and costs.

### COUNT II – QUANTUM MERUIT
### STEALTH/FIDELITY

18. Graham realleges the allegations contained in paragraphs 1 through 8 above as if fully set forth herein.

19. Stealth requested Graham provide labor, materials and equipment.

20. Pursuant to Stealth's request, Graham substantially furnished in good faith the labor, materials and equipment requested by Stealth

21. The fair and reasonable value of Graham' labor, materials and equipment used or employed in construction of the Project which remains unpaid is $87,712.33.

22. Graham realleges the allegations contained in paragraphs 9 through 13 above as if fully set forth herein.

WHEREFORE Graham demands judgment against Stealth and Fidelity, jointly and severally, for $87,712.33 plus interest and costs.

GRAHAM ARCHITECTURAL
PRODUCTS CORP.
By its attorneys,

Date: 03/19/04

Francis A. Shannon, III, Esq.
BBO # 560651
Steven Shane Smith, Esq.
BBO # 630713
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114
(617) 263-1313

Of counsel:

Mark A. Rosen, Esq.
Inactive Status
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

3007:001:complaint1

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Graham Architectural Products Corp. v. Stealth Windows Of Massachusetts, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    — I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    — II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    X III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    — IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    — V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
N/K

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

    YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

    YES    (NO)

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

    YES    NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

    YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

    (YES)    NO

    A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

    B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Francis A. Shannon, III, Esq.
ADDRESS Shannon Law Associates, Inc., One Bowdoin Square, 9th Floor, Boston, MA 02114
TELEPHONE NO.  (617) 263-1313

(Cover sheet local.wpd - 11/27/00)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Graham Architectural Products Corp.

## DEFENDANTS
Stealth Windows Of Massachusetts, Inc. and Fidelity And Guaranty Insurance Co.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Pennsylvania
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Middlesex County, MA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Francis A. Shannon, III, Esq.
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff seeks $87,712.33 from Defendants for breach of contract and quantum meruit as a result of Defendants breach of contract.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** $87,712.33

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 03/19/04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____