AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Graham Architectural Products Corp.

**V.**

Stealth Windows Of Massachusetts, Inc. and
Fidelity And Guaranty Insurance Co.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10561 NG

TO: (Name and address of defendant)

Claims Manager
Fidelity and Guaranty Insurance Company
385 Washington Street
MC 514C
St. Paul, MN 55102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis A. Shannon, III, Esq.
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE: MAR 2 2 2004