AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

Graham Architectural Products Corp.

v.

Stealth Windows, Inc. a/k/a
Stealth Windows Of Massachusetts, Inc. and
Fidelity And Guaranty Insurance Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04  10561  NG**

TO: (Name and address of defendant)

Fidelity And Guaranty Insurance Co.
385 Washington Street, MC 514C
St. Paul, Minnesota

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis A. Shannon, III, Esq.
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114

*Amended
an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_[signature]_
(BY) DEPUTY CLERK

DATE: APR 30 2004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Claims Manager
   Fidelity and Guaranty Insurance Company
   385 Washington Street
   MC 514C
   St. Paul, MN 55102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  R.B. Nielsen - 350
       Bonco Messenger

B. Received by (Printed Name)    C. Date of Delivery
                                    MAY 10 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 0500 0001 3982 1980
   2007:0005-00 Fidelity

Docketed cm

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540