UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# ORDER OF REFERENCE

Check if previously referred _____

**GRAHAM ARCHITECTURAL**

      V.            CA/CR No. 04-10561 -NG

**STEALTH WINDOWS OF MASS.,**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **BOWLER** for the following proceedings:

(A)      Referred for full pretrial case management, including all dispositive motions.

**(B)    XX    Referred for full pretrial case management, not including dispositive motions:**

(C)      Referred for discovery purposes only.

(D)      Referred for Report and Recommendation on:

    (  ) Motion(s) for injunctive relief
    (  ) Motion(s) for judgment on the pleadings
    (  ) Motion(s) for summary judgment
    (  ) Motion(s) to permit maintenance of a class action
    (  ) Motion(s) to suppress evidence
    (  ) Motion(s) to dismiss
    (  ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)      Case referred for events only. See Doc. No(s). _____

(F)      Case referred for settlement.

(G)      Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    (  ) In accordance with Rule 53, F.R.Civ.P.
    (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)      **Special Instructions:** _____

6/14/04                             By:    /s/Maryellen Molloy
Date                                    Deputy Clerk

---

[1]