# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

GRAHAM ARCHITECTURAL PRODUCTS
CORP.,

    Plaintiff,

    v.

STEALTH WINDOWS OF MA,
INC., ET AL,

    Defendants.

CA. NO.04-10561-NG

## *NOTICE*

June 22, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Tuesday, Jule 6, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

          /s/
    **MARIANNE B. BOWLER**
    Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**