UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-10561-NG

GRAHAM ARCHITECTURAL PRODUCTS CORP., )
    Plaintiff, )
)
v. )
)
STEALTH WINDOWS, INC. f/k/a STEALTH WINDOWS )
OF MASSACHUSETTS, INC. and FIDELITY AND )
GUARANTY INSURANCE CO., )
    Defendants. )
)

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

NOW COME all parties appearing in the above-captioned matter and jointly move this Court for an Order continuing the status conference from July 6, 2004 to August 5, 2004. As grounds therefore, the parties state as follows:

1. The instant action involves a public construction project contract dispute relating to the contract or project known as the New Wood Elementary School in Plainville, Massachusetts ("Project").

2. The parties appearing in the above-captioned matter on their own initiative have agreed to continue the status conference in a good faith effort to resolve and settle this matter.

3. No party has previously requested a continuance and no party shall suffer any prejudice and/or undue delay as a result of any continuation of the status conference.

WHEREFORE, the parties jointly request this Court enter an Order as follows:

a. Continue the status conference previously scheduled for July 6, 2004 to Augusta 5, 2004 at 2:00 p.m.; and/or

b. Such other relief as this Court deems just and proper.

| GRAHAM ARCHITECTURAL PRODUCTS CORP. By its attorneys, | FIDELITY AND GUARANTY INSURANCE CO. By its attorneys, |
|---|---|
| *Francis A. Shannon, III, Esq.* BBO # 560651 Steven Shane Smith, Esq. BBO # 630713 Shannon Law Associates, Inc. One Bowdoin Square, 9th Floor Boston, MA 02114 (617) 263-1313 | *Paula-Lee Chambers / Assented to: SSS* Bradford R. Carver, Esq. BBO # 565396 Paula-Lee Chambers, Esq. BBO # 566888 Cetrulo & Capone, LLP Two Seaport Lane, 10th Floor Boston, MA 02110 (617) 217-5550 |

Of counsel:

Mark A. Rosen, Esq.
Inactive Status
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a true copy of the above document upon the following party by first class mail, postage prepaid, this 1st day of July, 2004:

Attorney Paula-Lee Chambers
Cetrulo & Capone, LLC
Two Seaport Lane, 10th Floor
Boston, MA 02210

*Francis A. Shannon, III, Esq.*
Steven Shane Smith, Esq.

3007:001:mtncontstatus

2