UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-10561-NG

GRAHAM ARCHITECTURAL PRODUCTS CORP., )
    Plaintiff, )
  )
v. )
  )
STEALTH WINDOWS, INC. f/k/a STEALTH WINDOWS )
OF MASSACHUSETTS, INC. and FIDELITY AND )
GUARANTY INSURANCE CO., )
    Defendants. )

FILED
IN CLERKS OFFICE
2004 JUL -7 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF ATTORNEYS' LIEN

NOW COMES counsel to the Plaintiff Graham Architectural Products Corp. ("Graham") and provides notice of its lien for attorneys' fees and expenses upon any and all proceeds that may be recovered by Graham whether by judgment or settlement.

GRAHAM ARCHITECTURAL
PRODUCTS CORP.
By its attorneys,

_____
Francis A. Shannon, III, Esq.
BBO # 560651
Steven Shane Smith, Esq.
BBO # 630713
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114
(617) 263-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a true copy of the above document upon the following party by first class mail, postage prepaid, this ___ day of July, 2004:

Attorney Paula-Lee Chambers
Cetrulo & Capone, LLC
Two Seaport Lane, 10th Floor
Boston, MA 02210

_____
Francis A. Shannon, III, Esq.
Steven Shane Smith, Esq.

3007:001:ntclien