UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE.

Case No. 04-10561 NG

2004 JUL -8 P 12: 2

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
GRAHAM ARCHITECTURAL PRODUCTS CORP.,      )
   Plaintiff,                                    )
                               )
                               )
v.                                         )
                               )
STEALTH WINDOWS OF MASSACHUSETTS, INC. and )
FIDELITY AND GUARANTY INSURANCE CO.,       )
   Defendants.                                )
                               )

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Plaintiff Graham Architectural Products Corp. ("Graham")

and, pursuant to LR, D. Mass. Rule 7.3 of the United States District Court for the District

of Massachusetts, states that no parent corporation or publicly held company owns ten

percent (10%) or more of Graham's stock.


GRAHAM ARCHITECTURAL
   PRODUCTS CORP.
By its Credit Manager


John C. Miller, Credit Manager
Graham Architectural Products Corp.
1551 Mt. Rose Avenue
York, PA 17403-2909
(717) 849-8178

GRAHAM ARCHITECTURAL
   PRODUCTS CORP.
By its attorneys,


Francis A. Shannon, III, Esq.
BBO # 560651
Steven Shane Smith, Esq.
BBO # 630713
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA  02114
(617) 263-1313

Of counsel:

Mark A. Rosen, Esq.
Inactive Status
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I served a true copy of the above document upon the following party by first class mail, postage prepaid, this _01_ day of July, 2004:

Attorney Paula-Lee Chambers
Cetrulo & Capone, LLC
Two Seaport Lane, 10th Floor
Boston, MA  02210

                                          Francis A. Shannon, III, Esq.
                                          Steven Shane Smith, Esq.

3007:001:disclosure