AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────── DISTRICT OF ───────────────

FILED

2004 JUL 14 A 11:09

U.S. DISTRICT COURT
DISTRICT OF MASS

Graham Architectural Products Corp.

**V.**

Stealth Windows, Inc. a/k/a
Stealth Windows Of Massachusetts, Inc.
and Fidelity And Guaranty Insurance Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10561 NG

TO: (Name and address of defendant)  Stealth Windows, Inc. a/k/a
Stealth Windows Of Massachusetts, Inc.
11 Huntley Lane
Lincoln, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Francis A. Shannon, III, Esq.
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114

*Amended
an answer to the *complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ANASTAS
CLERK

(signature)
(BY) DEPUTY CLERK

APR 30
DATE

AO 440 (Rev. 10...Summons in a Civil Action

Serv...
NAME O...
Ch...

**Deputy Sheriff MICHAEL DOYLE,**

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 21, 2004

By virtue of this writ I have made diligent search for the president, treasurer, clerk, cashier, secretary agent or other officer in charge of the business of the within-named judgment debtor corporation STEALTH WINDOWS, INC. AKA STEALTH WINDOWS OF MASSACHUSETTS, INC. but could not find him/her/them within this county; I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

_____
Deputy Sheriff

☐ Returned unexecuted. _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure