UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-10561-MBB

GRAHAM ARCHITECTURAL PRODUCTS CORP., )
    Plaintiff, )
)
v. )
)
STEALTH WINDOWS, INC. f/k/a STEALTH WINDOWS )
OF MASSACHUSETTS, INC. and FIDELITY AND )
GUARANTY INSURANCE CO., )
    Defendants. )

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

NOW COME all parties appearing in the above-captioned matter and jointly move this Court for an Order continuing the status conference from October 7, 2004 to November 8, 2004. As grounds therefore, the parties state as follows:

1. The instant action involves a public construction project contract dispute relating to the contract or project known as the New Wood Elementary School in Plainville, Massachusetts ("Project").

2. The parties appearing in the above-captioned matter on their own initiative have agreed to continue the status conference in a good faith effort to resolve and settle this matter.

3. No party shall suffer any prejudice and/or undue delay as a result of any continuation of the status conference.

WHEREFORE, the parties jointly request this Court enter an Order as follows:

a. Continue the status conference previously scheduled for October 7, 2004 to November 8, 2004 at 10:00 a.m.; and/or

b. Such other relief as this Court deems just and proper.

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP.<br>By its attorneys, | FIDELITY AND GUARANTY INSURANCE CO.<br>By its attorneys, |
| *Francis A. Shannon, III* / *Steven Shane Smith*<br>Francis A. Shannon, III, Esq.<br>BBO # 560651<br>Steven Shane Smith, Esq.<br>BBO # 630713<br>Shannon Law Associates, Inc.<br>One Bowdoin Square, 9th Floor<br>Boston, MA 02114<br>(617) 263-1313 | *Paula-Lee Chambers* / assented to SSS<br>Bradford R. Carver, Esq.<br>BBO # 565396<br>Paula-Lee Chambers, Esq.<br>BBO # 566888<br>Cetrulo & Capone, LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02110<br>(617) 217-5550 |

Of counsel:

Mark A. Rosen, Esq.
Inactive Status
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served a true copy of the above document upon the following party by first class mail, postage prepaid, this 4th day of October, 2004:

Attorney Paula-Lee Chambers
Cetrulo & Capone, LLC
Two Seaport Lane, 10th Floor
Boston, MA 02210

Francis A. Shannon, III, Esq.
Steven Shane Smith, Esq.

3007:001;jtmtncontstatus

2