UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>STEALTH WINDOWS, INC. f/k/a STEALTH WINDOWS OF MASSACHUSETTS, INC., and FIDELITY AND GUARANTY INSURANCE CO.,<br><br>    Defendants. | CIVIL ACTION NO. 04-01561-NG<br><br>04cv10561MBB |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now comes all parties appearing in the above-captioned matter and jointly move this Court for an Order continuing the Status Conference from November 8, 2004 to December 13, 2004. As grounds therefore, the parties state as follows:

1. The instant action involves a public construction project contract dispute relating to the contract or project known as the New Wood Elementary School in Plainville, Massachusetts (the "Project").

2. The parties appearing in the above-captioned matter on their own initiative have agreed to continue the Status Conference in a good faith effort to resolve and settle this matter.

3. No party shall suffer any prejudice and/or undue delay as a result of any continuation of the Status Conference.

WHEREFORE, the parties jointly request this Court enter an Order as follows:

    a. Continue the Status Conference previously scheduled for November 8, 2004 to December 13, 2004 at 10 a.m.; and/or

    b. Such other relief as this Court deems just and proper.

| | |
|---|---|
| Respectfully Submitted,<br>Fidelity and Guaranty Insurance Co.,<br>By its attorneys, | Graham Architectural Products Corp.,<br>By its attorneys, |
| *Paula-Lee Chambers* <br>Bradford R. Carver, BBO# 565396<br>Paula-Lee Chambers, BBO# 566888<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>(617) 217-5500 | *See attached* <br>Francis A. Shannon, III, BBO# 560651<br>Steven Shane Smith, BBO# 630713<br>Shannon Law Associates, Inc.<br>One Bowdoin Square, 9th Floor<br>Boston, MA 02114<br>(617) 263-1313 |

Dated: November 4, 2004

01037-0064
349038v1

Respectfully Submitted,
Fidelity and Guaranty Insurance Co.,
By its attorneys,

_____
Bradford R. Carver, BBO# 565396
Paula-Lee Chambers, BBO# 566888
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

Dated: November ___, 2004

Graham Architectural Products Corp.,
By its attorneys,

_____
Francis A. Shannon, III, BBO# 560651
Steven Shane Smith, BBO# 630713
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114
(617) 263-1313

2

01057-0004
34963sv1