# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRAHAM ARCHITECTURAL PRODUCTS CORP., <br><br>       Plaintiff, <br><br> v. <br><br> STEALTH WINDOWS, INC. f/k/a STEALTH WINDOWS OF MASSACHUSETTS, INC., and FIDELITY AND GUARANTY INSURANCE CO., <br><br>       Defendants. | CIVIL ACTION NO. 04-10561-MBB |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now comes all parties appearing in the above-captioned matter and jointly move this Court for an Order continuing the Status Conference from January 11, 2005 to February 9, 2005. As grounds therefore, the parties state as follows:

1.  The instant action involves a public construction project contract dispute relating to the contract or project known as the New Wood Elementary School in Plainville, Massachusetts (the "Project").

2.  The parties appearing in the above-captioned matter on their own initiative have agreed to continue the Status Conference in a good faith effort to resolve and settle this matter.

3.  No party shall suffer any prejudice and/or undue delay as a result of any continuation of the Status Conference.

WHEREFORE, the parties jointly request this Court enter an Order as follows:

a.  Continue the Status Conference previously scheduled for January 11, 2005 to February 9, 2005 at 2 p.m.; and/or

b.  Such other relief as this Court deems just and proper.

Respectfully Submitted,
Fidelity and Guaranty Insurance Co.,      Graham Architectural Products Corp.,
By its attorneys,                         By its attorneys,


/s/ Bradford R. Carver                    /s/ Francis A. Shannon, III

_____          _____
Bradford R. Carver, BBO# 565396           Francis A. Shannon, III, BBO# 560651
Paula-Lee Chambers, BBO# 566888           Steven Shane Smith, BBO# 630713
CETRULO & CAPONE LLP                       Shannon Law Associates, Inc.
Two Seaport Lane, 10th Floor               One Bowdoin Square, 9th Floor
Boston, MA 02210                           Boston, MA  02114
(617) 217-5500                             (617) 263-1313

Dated:  January 10, 2005

01037-0064
356751v1