UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-10561-NG

GRAHAM ARCHITECTURAL PRODUCTS CORP., )
    Plaintiff, )
)
v. )
)
STEALTH WINDOWS, INC. f/k/a STEALTH WINDOWS )
OF MASSACHUSETTS, INC. and FIDELITY AND )
GUARANTY INSURANCE CO., )
    Defendants. )

## STIPULATION OF DISMISSAL

NOW COMES all parties to the above-referenced action and, pursuant to Fed. R. Civ. P. Rule 41, stipulate to the dismissal with prejudice of all claims and counterclaims, all rights of appeal being waived and each party to bear their respective attorneys' fees and costs.

FIDELITY AND GUARANTY
INSURANCE CO.
By its attorneys,

_____
Paula-Lee Chambers, Esq.
BBO # 566888
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA 02110
(617) 217-5550

GRAHAM ARCHITECTURAL
PRODUCTS CORP.
By its attorneys,

_____
Francis A. Shannon, III, Esq.
BBO # 560651
Steven Shane Smith, Esq.
BBO # 630713
Shannon Law Associates, Inc.
One Bowdoin Square, 9th Floor
Boston, MA 02114
(617) 263-1313

Of counsel:

Mark A. Rosen, Esq.
Inactive Status
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

3007:001:stipdis