UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GRAHAM ARCHITECTURAL
PRODUCTS CORP.,
        Plaintiff,

v.                                CIVIL ACTION NO. 04-10561-NG

STEALTH WINDOWS, INC. et al
        Defendants.

# FINAL JUDGMENT

**APRIL 12, 2005**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby

**ORDERED** and **ADJUDGED** that this action be **DISMISSED** with prejudice and without costs.

                                                          /s/ Marianne B. Bowler
                                                          **MARIANNE B. BOWLER**
                                                          United States Magistrate Judge